| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

Eastern _____ District of __New York__

(State)

Case number (*If known*): _____ Chapter __11__

❑ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.   Debtor's name**

160 Estates, Inc.

**2.   All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3.   Debtor's federal Employer Identification Number** (EIN)

8  1  _  1  4  0  6  5  6  3

**4.   Debtor's address**

**Principal place of business**

420 Broadway 2nd Floor
Number        Street

_____

Brooklyn         New York    11211
City                          State       ZIP Code

Kings
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                          State       ZIP Code

**Location of principal assets, if different from principal place of business**

1162 Bergen Avenue
Number        Street

_____

Brooklyn         New York   11234
City                          State       ZIP Code

**5.   Debtor's website** (URL)

_____

| Debtor | 160 Estates, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding  LLP)

❑ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5   3   1   3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

❑ Chapter 7

❑ Chapter 9

☒ Chapter 11. *Check all that apply*:

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

Debtor    **160 Estates, Inc.**
_____
Name

Case number (*if known*)_____

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

❏ Yes.    District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

❏ Yes.    Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
Number        Street

_____

_____  —  _____  _____
City                                                    State ZIP Code

**Is the property insured?**

❏ No

❏ Yes. Insurance agency _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

---

| Debtor | 160 Estates, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

**15. Estimated assets**

❑ $0-$50,000
❑ $50,001-$100,000
☒ $100,001-$500,000
❑ $500,001-$1 million

❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

**16. Estimated liabilities**

❑ $0-$50,000
❑ $50,001-$100,000
☒ $100,001-$500,000
❑ $500,001-$1 million

❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/12/2023
            MM  / DD / YYYY

✗ _____     Chaim Walter
Signature of authorized representative of debtor      Printed name

Title   President

| Debtor | 160 Estates, Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**    ✖  /s/ Stacey Simon Reeves _____    Date  12/12/2023 _____

Signature of attorney for debtor                                               MM    / DD  / YYYY

Stacey Simon Reeves, Esq. _____

Printed name
Law Office of Stacey Simon Reeves _____

Firm name
3220 Fairfield Avenue 7A _____

Number        Street
Bronx _____    New York    10463 _____

City                                                State        ZIP Code

347-340-1008 _____       stacey_simon@msn.com _____

Contact phone                                    Email address

2620482 _____       NY _____

Bar number                                       State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

**In Re:**                                                      **Case No.**

  160 Estates, Inc.                                **Chapter** 11



**Debtor(s)**

-----------------------------------------------------------x


## <u>VERIFICATION  OF  CREDITOR  MATRIX/LIST  OF  CREDITORS</u>


        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.


Dated: Brooklyn, New York
      December 12, 2023


_____

Chaim Walter

for Debtor 160 Estates, Inc.

_____

Joint Debtor


s/ Stacey Simon Reeves, Esq.
_____
Attorney for Debtor

National Grid
1 Metrotech Ctr Fl 16 Brooklyn, NY
11201-3949


NY State Attorney General
28 Liberty St
New York, NY   10005-1400


NYC DEP
5917 Junction Blvd
Flushing, NY   11373-5188


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY   11201-3719


NYC Dept of Law
Attn: Bernadette Brennan, Esq.100
Church St Rm 5-233
New York, NY   10007-2601


NYS Dep't of Taxation Bankruptcy/
Special Procedure PO Box 5300
Albany, NY   12205-0300


Internal Revenue Service Centralized
Insolvency Operations PO Box 7346
Philadelphia, PA 19101-7346


Consolidated Edison 30 Flatbush Ave
Fl6 Brooklyn, NY 11217-1121


HSBC BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR CREDIT SUISSE FIRST
BOSTON  MORTGAGE SECURITIES CORP.,
CSAB  MORTGAGE-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-3
c/o Woods Oviatt Gilman LLP
500 Bausch & Lomb Place
Rochester, NY 14604

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):**   160 Estates, Inc.                               **CASE NO.:**. _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____


*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.


TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__


CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except

as indicated elsewhere on this form.


**/s/ Stacey Simon Reeves**
_____           _____

**Stacey Simon Reeves**
Signature of Debtor's Attorney                                             Signature of Pro Se Debtor/Petitioner
**Law Office of Stacey Simon Reeves**
**3220 Fairfield Avenue, #7A**
**Bronx, NY 10463**                                                              _____
**(347) 340-1008/ Fax:(718) 593-4485**
                                                                                            Signature of Pro Se Joint Debtor/Petitioner


                                                                                            _____

                                                                                            Mailing Address of Debtor/Petitioner


                                                                                            _____

                                                                                            City, State, Zip Code


                                                                                            _____

                                                                                            Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name    160 Estates, Inc._____</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Eastern_____ District of New York___<br>(State)</td></tr>
<tr><td colspan="2">Case number (If known):   _____</td></tr>
</table>

❑ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HSBC BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. 60 Livingston Ave St. Paul MN 55107 | Woods Oviatt Gilman LLP 500 Bausch & Lomb Place Rochester, NY 14604 Tel.: 855-227-5072 | | Unliquidated Disputed | $1,075,000 | $ 700,000 | $ 375,000 |
| 2 | National Grid 1 Metrotech Ctr Fl 16 Brooklyn, NY 11201 | | Utility | Unliquidated | | | $0.00 |
| 3 | Consolidated Edison 30 Flatbush Ave F16 Brooklyn, NY 11217-1121 | | Utility | Unliquidated | | | $0.00 |
| 4 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia,PA19101 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 5 | NYS Dep't Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 6 | NYC Dept of Law Attn:Bernadette Brennan, Esq. 100 Church St Rm 5-23 NY, NY 10007 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 7 | NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | Notice Purposes Only | Unliquidated Disputed | | | |
| 8 | NYC DEP 5917 Junction Blvd Flushing, NY 11373-5188 | | Utility | Unliquidated | | | $4,500.00 |

Debtor        160 Estates, Inc._____        Case number (*if known*)_____
                Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | NY State Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | | Notice Purposes Only | Unliquidated Disputed | | | $ 0.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

## COMPANY RESOLUTION IN SUPPORT OF THE CHAPTER 11 FILINGS

WHEREAS, 160 Estates Inc., (the "Company") is the owner of a parcel of real property in Brooklyn, NY, encumbered by a mortgage lien; and

WHEREAS, the Company is governed by certain respective By-Laws (the "By-Laws"); and

WHEREAS, in accordance with the respective By-Laws a special meeting having been called and convened on December 12, 2023, and upon motion duly made and carried, the following resolutions were adopted:

> **RESOLVED,** that the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code'), in the United States Bankruptcy Court for the Eastern District of New York; and it is further

> **RESOLVED,** that the Company is authorized to retain the law firm Stacey Simon Reeves, **as counsel in the Chapter 11 case under a general retainer.**

Dated:   Brooklyn, New York
         **December 12, 2023**

160 Estates, Inc.

By: _____

Chaim Walter, President

# United States Bankruptcy Court
### Eastern District of New York

In re    **160 Estates , Inc.    -**

_____
Debtor(s)

Case No. _____

Chapter    **11**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **160 Estates  Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 12, 2023**
_____
Date

**/s/ Chaim Walter**
_____
**Chaim Walter**
**/s/ Stacey Simon Reeves**
_____
Signature of Attorney
160 Estates Inc.
Law Office of Stacey Simon Reeves
3220 Fairfield Avenue, #7A
Bronx, NY 10463
(347) 340-1008/ Fax:(718) 593-4485

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------  x

In re:                                                    Chapter 11

160 Estates, Inc.,                                        Case No.

                          Debtor.
--------------------------X

### BANKRUPTCY RULE 7007.1 AND E.D.N.Y. LBR 1073-3
### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1 and E.D.N.Y. LBR 1073-3, 160

Estates, Inc,      certifies that it is a private non-governmental party, and has no corporate

parent, affiliates and/or subsidiaries which are publicly held.

Dated: Brooklyn, New York

    December 12, 2023

                                     160 Estates Inc.

                          By: _____
                                     Chaim Walter, President

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re    160 Estates  Inc.

                                     Debtor(s)

Case No.

Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $     **5,000.00** |
| Prior to the filing of this statement I have received | $     **2,500.00** |
| Balance Due | $     **2,500.00** |

2.  The source of the compensation paid to me was:

       ☐ Debtor      ■ Other (specify):     **From the Debtor's principal**

3.  The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| December 12, 2023 | **/**s/ Chaim Walter |
| *Date* | Chaim Walter |
| | *Signature of Attorney* |
| | Law Office of Stacey Simon Reeves |
| | 3220 Fairfield Avenue 7A |
| | Bronx, NY 10463 |
| | (347) 340-1008/Fax: (718) 593-4485 |
| | stacey_simon@msn.com |
| | *Name of law firm* |